UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| David Scott Middleton, | ) | Civil Action No. 5:14-cv-4181-TMC-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner of Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

On October 27, 2014, Plaintiff, appearing pro se, filed this action appealing a denial of social security benefits. Defendant filed an answer and copy of the administrative record on April 14, 2015. ECF Nos. 22, 23. Plaintiff's brief in support of his appeal was due by May 18, 2015. *See* Local Rule 83.VII.04 (D.S.C.); *see also* ECF No. 22. To date, however, Plaintiff has not filed his brief, nor has he contacted the court regarding the deadline.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue his appeal, he is ordered to file a brief in support of his appeal no later than **June 10, 2015**. Plaintiff is advised that if he fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

May 27, 2015
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge